IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 APR 19 PM 3: ??

ROBERT R. DI ??O
CLERK, U.S. D?? ??T.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Cr. No. 04-20260-Ma |
| SHELLY PERKINS, | ) | |
| Defendant. | ) | |

## ORDER ON JURY VERDICT

This cause came on for trial on April 13, 2005, the United States Attorney for this district representing the government, and defendant, Shelly Perkins, appearing in person and with appointed counsel, Mr. Edwin Perry.

Jurors were selected and sworn and opening statements were presented by counsel. After hearing all proof presented, closing arguments of counsel and jury charge, the jury began deliberations on April 14, 2005. After due deliberation, the jury returned into open court on April 14, 2005 and announced a verdict of **GUILTY** as to Counts 1 and 2 of the Indictment.

Sentencing in this matter is set for **Friday, July 15, 2005 at 11:00 a.m.** The defendant may remain on her present bond pending sentencing.

ENTERED this _19th_ day of April, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

his document entered on the docket sheet in compliance
in Rule 55 and/or 32(b) FRCrP on _4-20-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:04-CR-20260 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT